(44 Misc. Rep. 74.)

### BALDWIN et al. v. RICE et al.

(Supreme Court, Special Term, New York County. June, 1904.)

1. SUIT BY ADMINISTRATRIX—LIABILITY FOR COSTS.

Where plaintiff sues as administrator with the will annexed, and his lack of capacity to sue as such representative is determined in the suit, he · is personally chargeable with the costs.

¶ 1. See Executors and Administrators, vol. 22, Cent. Dig. § 1959.

Action by Adele Baldwin and others against William M. Rice and others to construe a will. Complaint dismissed.

Jared F. Harrison, for plaintiffs.
Charles A. Boston, for defendants.

SCOTT, J. This is certainly a case wherein costs should be awarded. The very questions sought to be raised by plaintiffs had already been determined adversely with the interests they claim to represent in another state. If costs are awarded, it must be against the plaintiffs personally, for it is found by the decree that they were never administrators. The decision and decree have been settled accordingly.

Decision and judgment signed.